FILED
December 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003958467

JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA 95678
Telephone: (916) 786-7272

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

GENEVIEVE ANNA MANZO,

Debtor.

Case No. 11-47194
Chapter 7
Docket Control # JDM-001

Date: January 24, 2012
Time: 9:32 a.m.
Place: Courtroom 32, Dept. B
501 I Street, 6th Floor
Sacramento, CA 95814
Judge: Thomas C. Holman

### DEBTOR'S MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE [11 U.S.C. §§554(b), 721]

Debtor GENEVIEVE ANNA MANZO, by and through her attorney of record, John D. Maxey of the law firm of Dudugjian & Maxey, will and hereby does bring a Motion to Compel Trustee to Abandon the Estate's Interest in Debtor's sole proprietorship business known as Crossroads Chiropractic ("Business") pursuant to 11 U.S.C. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

1

By this motion Debtor requests that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtor's Business on the following grounds:

1. Debtor's Business does not possess or own any non-exempt assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate,

2. The primary asset of the business is the goodwill, i.e., skills, knowledge and training of the debtor, Genevieve Manzo, an asset which has no value to the bankruptcy estate, and;

3. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Dated: December 15, 2011

DUDUGJIAN & MAXEY
A Law Corporation

By: /s/ John D. Maxey
JOHN D. MAXEY
Attorneys for Debtors